# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| v. | :  **MAGISTRATE NO. 20-1704** |
| **JON P. FREY** | : |

## O R D E R

AND NOW, this 20th day of October 2020, upon consideration of the Government's motion to unseal, and noting that the need to keep the Complaint and Affidavit sealed no longer exists, is it hereby ORDERED that the motion is GRANTED. The Clerk of Court is directed to unseal the Complaint and Affidvit in the above-captioned case.

BY THE COURT:


/s/ Lynne A. Sitarski
_____
**HONORABLE LYNN A. SITARSKI**
**United States Magistrate Judge**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA
IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : MAGISTRATE NO. 20-1704 |
| JON P. FREY | : |

**MOTION TO UNIMPOUND**

The United States of America, by and through its attorneys, William M. McSwain, United States Attorney for the Eastern District of Pennsylvania, and J. Jeanette Kang, Assistant United States Attorney for the District, moves this Honorable Court for an Order unsealing the Complaint and Affidavit filed in the above-captioned action. The defendants have been arrested. Therefore, the need for keeping those documents under seal no longer exists.

Respectfully submitted,

WILLIAM M. MCSWAIN
United States Attorney


/s/ J. JEANETTE KANG
J. JEANETTE KANG
Assistant United States Attorney