IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of |
| | : | Notice: November 4, 2020 |
| vs. | : | |
| | : | |
| JON FREY | : | Magistrate No. 20-1704 |
| U.S.M. #13317-509 | | |
| LEHIGH COUNTY PRISON | | |

   **TAKE NOTICE** that the above-entitled case has been set for **BAIL HEARING ON APPEAL FROM MAGISTRATE JUDGE DECISION** in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, on **WEDNESDAY, DECEMBER 2, 2020 AT 2:45 P.M.** before the Honorable **MITCHELL S. GOLDBERG** in **COURTROOM 13-B.**

   **ALL DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE. IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

   If a defendant is presently in jail, the defendant or his counsel shall notify the undersigned in writing immediately so that the necessary procedures can be taken to have the defendant present in the courtroom.

              Very truly yours,

☐ INTERPRETER REQUIRED   S/Stephen Sonnie

               Stephen Sonnie,
               Deputy Clerk to Judge Goldberg

               Notice to:
               Defendant
               Gregory Pagano, Esq., Defense Counsel
               J. Jeanette Kang, A.U.S.A.
               U.S. Marshal
               Probation Office
               Pretrial Services

Cr 4 (rev. 8/97)         Crystal Wardlaw, Interpreter Coordinator